# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:**<br>*Johns v. CR Bard et al*,<br>Case No. 2:18-cv-01509 | |

## ORDER

This matter is before the Court on Defendants C.R. Bard and Davol Inc.'s ("Bard") Unopposed Motion for Leave to File Reply Briefs in Support of Motion *in Limine* Nos. 3 and 5 (ECF No. 192). CMO 23-B provides deadlines and page limits for motions *in limine* and responses in oppositions, stating "[n]o reply is permitted without leave of Court, and only then for good cause" and that any replies should be limited to 6 pages. (ECF No. 158). Bard has moved for leave to file reply briefs in support of two motions *in limine* because Plaintiff exceeded the page limits for two of his responses in opposition. (ECF Nos. 182, 184). The parties met and conferred and Plaintiff consents to Bard's requested relief. (ECF No. 192 at 2.) For good cause shown, Bard's Unopposed Motion is **GRANTED**. Bard may file replies, not to exceed 6 pages each, in support of Motions *in Limine* Nos. 3 and 5 by July 10, 2020.

IT IS SO ORDERED.

**7/7/2020**  
**DATE**

s/Edmund A. Sargus, Jr.  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**

**7/7/2020**  
**DATE**

*s*/Kimberly A. Jolson  
**KIMBERLY A. JOLSON**  
**UNITED STATES MAGISTRATE JUDGE**