# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-md-2846**<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
*Johns v. CR Bard et al*,
Case No. 2:18-cv-01509

## ORDER

On December 22, 2020, Defendants, Davol, Inc., and C.R. Bard, Inc., filed a Motion to Seal. (ECF No. 386.) During the most recent Case Management Conference, the Court permitted Defendants to file two documents under seal until the documents' admissibility could be determined. Then, the parties could address whether the documents should remain sealed. (ECF No. 380 at PageID# 2039.)

Accordingly, Defendants' motion is **GRANTED**. Defendants may file their documents under seal.

**IT IS SO ORDERED.**

| | |
|---|---|
| **12/30/2020** | *s*/**Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |
| | |
| **12/30/2020** | *s*/**Kimberly A. Jolson** |
| **DATE** | **KIMBERLY A. JOLSON** |
| | **UNITED STATES MAGISTRATE JUDGE** |

1