UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./ C.R. BARD,
INC. POLYPROPYLENE HERNIA
MESH PRODUCTS LIABILITY
LITIGATION

**NOTICE**

**This document relates to:**       Case No. 2:18-md-2846
*Johns v. CR Bard, et al.*              JUDGE EDMUND A SARGUS, JR.
**Case No. 2:18-cv-1509**             Magistrate Judge Kimberly A. Jolson

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse     GoToMeeting Video Conference
85 Marconi Boulevard                          **April 6, 2021 at 1:30 p.m. EST.**
Columbus, Ohio 43215

TYPE OF PROCEEDING: **Regular Case Management Conference in 2:18-md-2846 and Oral Argument in 2:18-cv-1509**  (Invitation information for the GoToMeeting Video Conference will be supplied to the PSC and Defendants prior to the hearing.)

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  March 9, 2021

      /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk