**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No.:  2:18-md-2846** |
| | **JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:**<br>**STEVEN JOHNS** | |
| | **Case No. 2:18-cv-01509** |

## NOTICE OF COMPLIANCE

Defendants C. R. Bard, Inc. and Davol Inc. ("Defendants") hereby provide notice of compliance with the directives set forth by this Court on September 7, 2021.  On September 7, 2021, this Court ordered Defendants to provide Plaintiff with certain financial documents related to Davol Inc.  Defendants have satisfied this directive and produced financial management reports for the years 2013-2016 from Davol Inc. and from C. R. Bard, Inc.'s reporting of Davol Inc., as well as supplemental written discovery responses which they served on Plaintiff.

DATED:  September 7, 2021

Respectfully submitted,

*/s/ Michael K. Brown*

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: (213) 457-8000
mkbrown@reedsmith.com

Eric L. Alexander
REED SMITH LLP
1301 K St., NW
Suite 1000-East Tower
Washington, D.C. 20005
Telephone: (202) 414-9200
ealexander@reedsmith.com

Lori G. Cohen
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
(678) 553-2385
cohenl@gtlaw.com

*Co-Lead Counsel for Defendants C. R. Bard, Inc.
and Davol Inc.*

William D. Kloss, Jr.
Vorys Sater Seymour and Pease
52 East Gay Street
Columbus, OH 43215
(614) 464-6202
wdklossjr@vorys.com
hageigel@vorys.com
akminer@vorys.com

*Liaison counsel for Defendants C. R. Bard, Inc.
and Davol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to

all counsel of record.

/s/ Michael K. Brown
Michael K. Brown