Steven Johns,
    Plaintiff,

v.                                                        Case Number 2:18-cv-1509
                                                             Judge Sargus, Jr.

CR Bard Inc., *et al.*,
    Defendants.

# Jury Trial Day 22
## Wednesday, September 8, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  David Butler, Timothy O'Brien, Jeff Grand, Alex Alvarez, Xavier Navarro, Kelsey Stokes, Shannon Pennock, Robert Price Brett Vaughn, Andrea Giovannone and Jon Olivito
For Defendant: Michael Brown, Bill Kloss, Marilyn Moberg and Eric Alexander
Court Reporter: Darla Coulter, Allison Kimmel, Shawna Evans & Lahana DuFour
Courtroom Deputy:  Christin Werner

      8:30 a.m. Jury Trial day 22 commenced
      12:25 p.m. - 1:25 p.m. Lunch
      1:25 p.m. Jury instructions give
      2:30 p.m. Jury begins deliberation
      5:30 p.m. Jury reaches verdict

Closing argument by plaintiff's (attorney Tim O'Brien).
Closing argument by defendants' (attorney Michael Brown).
Rebuttal by plaintiff's (attorney O'Brien).

Jury begins deliberation.

One note was received from the jury and answered by the Court.

5:30 p.m. Jury reaches verdict in favor of the defendants.