

**Judge's Chambers**
**United States District Court**
**for the Southern District of Ohio**
**301 Joseph P. Kinneary U.S. Courthouse**
**85 Marconi Boulevard**
**Columbus, Ohio 43215**

Edmund A. Sargus, Jr.
U.S. District Judge

(614) 719-3240

September 8, 2021

**Question One:**

Your Honor,

On page 27 of instructions, do all the answers (1-4) have to be yes? In order to mark yes on jury verdict form No. 1.

**Answer to question one:**

I answer your question in two parts.

    As to the matter on page 27 (Instruction Number 26), all four must be answered yes for you to return a verdict for the plaintiff on this claim. I note that this page 27 goes with Verdict Form Number 2, not 1.

    With regard to Verdict Form Number 1, please focus on pages 21 and 22 (Instruction Numbers 20 and 21). Also consider the pages that follow for additional definitions and considerations (Instruction Numbers 23 and 24).

    With regard to Verdict Form Number Two, please focus on pages 26 and 27 (Instruction Numbers 25 and 26). Also consider the definitions and other matters that follow (Instruction Number 24 and 27).

    These claims are to be decided independently of each other.

Very truly yours,

EDMUND A. SARGUS, JR.
United States District Judge

EAS/cw

On pg 27 of instructions, Do all the answers (1-4) have to be yes? in order to mark Yes on Jury verdict form No 1.