UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

## JURY VERDICT FORM NO. 1

1. Do you find in favor of Mr. Johns on his Negligence – Failure to Warn claim against Bard and Davol?

    Yes: _____
    No: ____X____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

2. What damages, if any, do you find Mr. Johns is entitled to on his Negligence – Failure to Warn claim.

$_____

(All must agree)

_____   _____

_____   _____

_____   _____

_____   _____

74

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

### JURY VERDICT FORM NO. 2

1. Do you find in favor of Mr. Johns on his Negligence – Design Defect claim against Bard and Davol?

   Yes: _____
   No: \_\_\_\_X_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

2. What damages, if any, do you find Mr. Johns is entitled to on his Negligence – Design Defect claim.

$_____

(All must agree)

_____    _____

_____    _____

_____    _____

_____    _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2-18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
STEVEN JOHNS

Case No. 2:18-cv-01509

## JURY VERDICT FORM NO. 3

1. Do you find in favor of Mr. Johns on his Strict Products Liability – Failure to Warn claim against Bard and Davol?

    Yes: _____
    No: \_\_\_\_X_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

2. What damages, if any, do you find Mr. Johns is entitled to on his Strict Products Liability – Failure to Warn claim.

$ _____

(All must agree)

_____          _____

_____          _____

_____          _____

_____          _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

## JURY VERDICT FORM NO. 4

1. Do you find in favor of Mr. Johns on his Strict Products Liability – Design Defect claim against Bard and Davol?

   Yes: _____
   No: \_\_\_X\_\_\_\_

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

2. What damages, if any, do you find Mr. Johns is entitled to on his Strict Products Liability – Design Defect claim.

$_____

(All must agree)

_____          _____

_____          _____

_____          _____

_____

80

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

## JURY VERDICT FORM NO. 5

1. Do you find in favor of Mr. Johns on his Breach of Express Warranty claim against Bard and Davol?

    Yes: _____
    No: ____X____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

81

2. What damages, if any, do you find Mr. Johns is entitled to on his Breach of Express Warranty claim.

$_____

(All must agree)

_____    _____

_____    _____

_____    _____

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2-18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
STEVEN JOHNS

Case No. 2:18-cv-01509

## JURY VERDICT FORM NO. 6

1. Do you find in favor of Mr. Johns on his Fraud claim against Bard and Davol?

   Yes: _____
   No: ___X_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

83

2. What damages, if any, do you find Mr. Johns is entitled to on his Fraud claim?

$_____

(All must agree)

_____          _____

_____          _____

_____          _____

_____          _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

## JURY VERDICT FORM NO. 7

1. Do you find in favor of Mr. Johns on his Negligent Misrepresentation claim against Bard and Davol?

    Yes: _____
    No: \_\_\_X_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

85

2. What damages, if any, do you find Mr. Johns is entitled to on his Negligent Misrepresentation claim?

$_____

(All must agree)

_____        _____

_____        _____

_____        _____

_____        _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

## JURY VERDICT INTERROGATORY NO. 1

Answer this interrogatory only if you found in favor of Mr. Johns on any of his claims against Bard and Davol.

What is the final, total award of damages on all claims?

$ _____

(All must agree)

_____          _____

_____          _____

_____          _____

_____          _____

87

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>STEVEN JOHNS | Case No. 2:18-cv-01509 |

### JURY VERDICT INTERROGATORY NO. 2

Answer this interrogatory only if you found in favor of Mr. Johns on any of his claims against Bard and Davol.

Do you find that Mr. Johns has proven by clear and convincing evidence that Bard and Davol's conduct (a) was willful and malicious, (b) intentionally fraudulent, or (c) manifested a knowing and reckless indifference and disregard of Mr. Johns's rights, and (d) caused him injury?

Yes: _____
No: _____

(All must agree)

_____      _____

_____      _____

_____      _____

_____      _____