# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Steven Johns,, )
*Plaintiff* )
v. ) Civil Action No. 2:18-cv-1509
CR Bard Inc., et al. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Jury's Verdict the case was found in favor of the defendants'. This case is closed.

This action was *(check one)*:

☒ tried by a jury with Judge   Edmund A. Sargus, Jr.   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 09/09/2021

CLERK OF COURT

_Christi M. Werre_
Signature of Clerk or Deputy Clerk